IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| IN RE: ANTHONY WATKINS | CASE NO. 3:08-bk-16122 |
|---|---|
| DEBTOR | CHAPTER 13 |

### ORDER DISMISSING DEBTOR IN CHAPTER 13 CASE

Now on this date comes on for consideration the motion of the Debtor's attorney , Davis Loftin , to dismiss the Debtor and the Court finds that the Debtor is now deceased and the Debtor is hereby dismissed and the Chapter 13 case closed.

*Audrey R Evans*
_____
Honorable Audrey Evans
U.S. Bankruptcy Judge

October 28, 2009
DATE

Cc:   Debtor
      Davis H. Loftin, Attorney
      Mark T. McCarty, Trustee
      All parties per matrix

EOD  10/28/2009
by A Smith